IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-29-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **AMENDED ORDER**[1] |
| ) | |
| THURMAN SHAWNDALE ROZIER, JR., ) | |
| ) | |
| Defendant. ) | |

Before the court is the motion [DE 37] of the Office of the Federal Public Defender to withdraw as counsel of record, which was appointed for the limited purpose of representation as set forth in Standing Order 14-SO-01 (In Re: Retroactive Application of U.S.S.G. Amendment 782). [DE 36]. Laura Wasco, Assistant Federal Public Defender, advises that Defendant filed an ineffective assistance of counsel claim against the Office of the Federal Public Defender pursuant to 28 U.S.C. § 2255. The court finds Defendant's filing is prejudicial to the Office of the Federal Public Defender's representation.

For good cause shown, it is ordered as follows:

1. The Office of the Federal Public Defender's motion is ALLOWED and it is relieved from further responsibility as counsel for Defendant; and

2. The Office of the Federal Public Defender shall appoint a panel attorney to represent Defendant.

SO ORDERED.

This the 6th day of January, 2017.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge

---

[1] The original Order, docket entry 38, erroneously identified the applicable standing order. This Amended Order corrects the court's error.